TIANA S. BAHERI (State Bar No. 318556)
Tia.Baheri@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Motion Picture Association, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to<br><br>TONIC DOMAINS CORPORATION | Case No.: 2:22-mc-00244<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE THAT the Motion Picture Association, Inc.

3    through undersigned counsel and its authorized representatives, hereby requests that

4    the Clerk of this Court, pursuant to the Digital Millennium Copyright Act

5    ("DMCA"), 17 U.S.C. § 512(h), issue the attached proposed subpoena to Tonic

6    Domains Corporation to identify alleged infringers, as set forth in the attached

7    notice and declaration of Jan van Voorn.

8

9    DATED:  December 9, 2022              MUNGER, TOLLES & OLSON LLP

10

11                                        By:        /s/ Tiana S. Baherir

12                                                TIANA S. BAHERI

13                                        Attorney for Motion Picture Association,
                                          Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28